Nos. 907 and 908. SAFE HARBOR WATER POWER CORP. *v.* UNITED STATES ET AL.

May 12, 1941. *Per Curiam:* The motion to dismiss is granted, and the appeals are dismissed for want of jurisdiction. *Stratton* v. *St. Louis S. W. Ry. Co.*, 282 U. S. 10, 15–16; *Virginian Ry. Co.* v. *United States*, 272 U. S. 658, 671–672; *Ex parte Atlantic Coast Line R. Co.*, 279 U. S. 822. See Federal Power Act, § 313 (b) (Act of August 26, 1935, c. 687, Title II, § 213, 49 Stat. 847, 860, 16 U. S. C., § 825L (b)). *Messrs. Charles Markell* and *Edwin M. Sturtevant* for appellant. *Solicitor General Biddle* for appellees.

No. 938. ORWITZ *v.* BOARD OF DENTAL EXAMINERS.

May 12, 1941. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented substantial federal question. (1) *Semler* v. *State Board of Dental Examiners*, 294 U. S. 608; *Brown* v. *Massachusetts*, 308 U. S. 504. (2) *Cleveland & Pittsburgh R. Co.* v. *Cleveland*, 235 U. S. 50, 53; *Hiawassee Power Co.* v. *Carolina-Tenn. Co.*, 252 U. S. 341, 344; *White River Co.* v. *Arkansas*, 279 U. S. 692, 700. *Mr. Thos. D. Aitken* for appellant. *Mr. H. E. Lindersmith* for appellee.

No. —, original. CALIFORNIA *v.* UNITED STATES. May 12, 1941. *Per Curiam:* The motion for leave to file complaint is denied. *Kansas* v. *United States*, 204 U. S. 331; *Williams* v. *United States*, 289 U. S. 553, 573; *Principality of Monaco* v. *Mississippi*, 292 U. S. 313, 321. *Messrs. Burton Smith, John L. McNab*, and *Edw. D. Hays* for plaintiff.